**Opinion filed May 12, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00055-CV

_____

## IN THE INTEREST OF C.R.M., A CHILD

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-20-100-PC**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). In the motion, Appellant "moves this Court to withdraw appellant's notice of appeal and dismiss the appeal." Accordingly, we dismiss this appeal pursuant to Appellant's motion.

The motion to dismiss is granted, and the appeal is dismissed.

May 12, 2022                                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.